1020

[Nos. 57821-9-I; 57321-7-I.   Division One.   January 7, 2008.]

BIANCA FAUST, *Individually and as Guardian*, ET AL.,
*Respondents*, v. MARK ALBERTSON, *as Personal
Administrator*, ET AL., *Defendants*,
BELLINGHAM LODGE NO. 493
ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for What-
com County, No. 03-2-00859-8, Charles R. Snyder, J.,
entered January 11, 2006. *Reversed* by unpublished opin-
ion per Appelwick, C.J., concurred in by Coleman and
Ellington, JJ. Now published at 143 Wn. App. 272.

[Nos. 58575-4-I; 58871-1-I;   Division One.   January 7, 2008.]
       58576-2-I; 58870-2-I.

*In the Matter of the Dependency of* T.S.S.

ROBERT SMITH ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 05-7-00901-1, Michael S. Spearman, J., entered
July 20, 2006. *Affirmed* by unpublished opinion per
Schindler, A.C.J., concurred in by Grosse, J., and Coleman,
J. Pro Tem.

[No. 59019-7-I.   Division One.   January 7, 2008.]

GARY RUSING ET AL., *Appellants*, v. SKEERS CONSTRUCTION, INC.,
ET AL., *Defendants*, KEVIN'S GLASS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 04-2-01703-0, Steven J. Mura, J., entered
October 11, 2006. *Affirmed* by unpublished per curiam
opinion.